No. 11M47.  KAETZ v. MARK;

No. 11M48.  LEWIS v. COUNTRYWIDE HOME LOANS, INC., FKA COUNTRYWIDE FUNDING CORP.;

No. 11M49.  LEYJA v. PARKER, WARDEN; and

No. 11M51.  SAN CARLOS APACHE TRIBE v. UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 11M50.  C. D. v. UNITED STATES.  Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record denied.

No. 10–1016.  COLEMAN v. COURT OF APPEALS OF MARYLAND ET AL.  C. A. 4th Cir.  [Certiorari granted, 564 U. S. 1035.]  Motion of Senator Tom Harkin et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 10–10591.  CANNON v. CALIFORNIA.  Sup. Ct. Cal.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 803] denied.

No. 11–336.  CORBOY ET AL. v. LOUIE, ATTORNEY GENERAL OF HAWAII, ET AL.  Sup. Ct. Haw.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 11–338.  DECKER, OREGON STATE FORESTER, ET AL. v. NORTHWEST ENVIRONMENTAL DEFENSE CENTER; and

No. 11–347.  GEORGIA PACIFIC WEST, INC., ET AL. v. NORTHWEST ENVIRONMENTAL DEFENSE CENTER.  C. A. 9th Cir.  The Solicitor General is invited to file a brief in these cases expressing the views of the United States.  JUSTICE BREYER took no part in the consideration or decision of these petitions.

No. 11–393.  NATIONAL FEDERATION OF INDEPENDENT BUSINESS ET AL. v. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.; and

No. 11–400.  FLORIDA ET AL. v. DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL.  C. A. 11th Cir.  [Certiorari granted, *ante*, p. 1033.]  Motion of Freedom Watch for leave to intervene denied.